ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Ronald W. Novotny State Bar No. 100041
RNovotny@aalrr.com
Ann K. Smith State Bar No. 150104
RNovotny@aalrr.com
Casandra P. Secord State Bar No. 237395
CSecord@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Defendant BNSF RAILWAY COMPANY

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DEREK KNAPP, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation, AND DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00969 SSS (SP)<br><br>**DEFENDANT BNSF RAILWAY COMPANY' S FEDERAL RULE 26 DISCLOSURES** |

Defendant BNSF Railway Company ("Defendant" or "BNSF") hereby makes the following Initial Disclosures based on information reasonably available to it pursuant to Federal Rule of Civil Procedure 26(a)(1).

These disclosures are as complete as possible at this stage of Defendant's investigation into the allegations raised by Plaintiff Derek Knapp ("Plaintiff") in this action. Defendant reserves the right to supplement these disclosures if it becomes aware of additional information or documents. Documents prepared by or for counsel or other documents subject to the protection of privilege, confidentiality, or the attorney-work product doctrine are not included.

/ / / /

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

**Witnesses**

Pursuant to FRCP 26(a)(1)(A)(i), Defendant hereby identifies the following witnesses who are presently known to it and are contemplated to be used in defense of the material allegations set forth in the Complaint on file in this action. Defendant reserves the right to disclose additional individuals if any when it becomes necessary or appropriate to do so.

1. Plaintiff;

2. The following BNSF personnel, who may be contacted through Defendant's counsel of record: Richard Dennison, Daniel Martinez, Mark Newman, Raymond Silva, Michael Yazzie, Phil Riley, Jennifer Clegg, and Stephanie Detlefsen. These witnesses will testify regarding Plaintiff's employment history; Plaintiff's job titles and job duties; Plaintiff's assignments, work schedules and training; Plaintiff's compensation and benefits; Plaintiff's non-compliance with BNSF's policies and procedures; BNSF's investigation regarding Plaintiff's non-compliance with BNSF's policies and procedures; Plaintiff's counseling and disciplinary history; Plaintiff's dismissal; Plaintiff's safety reports, and BNSF's response to Plaintiff's safety reports; BNSF's efforts to provide a safe work environment; Plaintiff's work-related injuries and Plaintiff's claim for compensation for said injuries; and the absence of knowledge regarding Plaintiff's alleged protected activity and retaliatory intent;

3. Gina Lynn Kruizenga, SMART Local Chairman, (760) 590-5494; and

4. Any healthcare professional, therapist, or counselor with whom Plaintiff consulted or sought treatment regarding his purported physical and mental injuries.

**Documents**

Pursuant to FRCP 26(a)(1)(ii), Defendant hereby provides a description of the following documents, electronically stored information, and tangible things which are presently in its possession, custody or control and may be used to support its defense in this action:

1. Plaintiff's Employee Transcript;

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

2. Plaintiff's Personnel file;
3. Documents regarding Plaintiff's non-compliance with BNSF's policies and procedures;
4. Documents regarding BNSF's investigations regarding Plaintiff's non-compliance with BNSF's policies and procedures;
5. Documents regarding Plaintiff's disciplinary history;
6. Documents regarding Plaintiff's dismissal'
7. Documents regarding BNSF's policies and procedures as they relate to Plaintiff's claims, including:
    a. GCOR 1.6 Conduct;
    b. Code of Conduct;
    c. Medical Treatment and Injury Reporting Corporate Rule;
    d. Corporate Policy for Equal Employment Opportunity, Anti-Discrimination and Harassment;
    e. Anti-retaliation Corporate Policy;
    f. OSHA Fact Sheet re Whistleblower Protection for Railroad Workers; and
    g. Policy for Employee Performance Accountability ("PEPA"); and
8. Documents evidencing Plaintiff's compensation and benefits.

**<u>Information Related to Calculation of Damages</u>**

Other than attorney's fees and costs of suit, Defendant presently does not seek damages in this action, and lacks information regarding Plaintiff's alleged damages, if any.

**<u>Insurance</u>**

Based on the facts currently known, BNSF is self-insured in excess of the value of the claim and will not look to any insurance policy to provide coverage for damages, claims, or actions arising out of the incident at issue. BNSF Railway Company has the financial resources to respond to liabilities arising from this matter.

If facts develop during discovery which leads BNSF to conclude it has potential insurance coverage for a judgment rendered in this case, BNSF will supplement this response.

Dated: August 16, 2024 ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: [signature]

Ronald W. Novotny
Ann K. Smith
Casandra P. Secord
Attorneys for Defendant BNSF RAILWAY COMPANY

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

# CERTIFICATE OF SERVICE

Case Name: Derek Knapp V. BNSF Railway Company

No.: 5:24-cv-00969 SSS (SP)

On August 16, 2024, I filed the following document(s) described as **DEFENDANT BNSF RAILWAY COMPANY'S FEDERAL RULE 26 DISCLOSURES** electronically through the CM/ECF system. All parties on the Notice of Electronic Filing to receive electronic notice have been served through the CM/ECF system.

Executed on August 16, 2024, at Cerritos, California.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Craig C. Henson

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333